IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 3:22-cr-08 |
| | ) |
| v. | ) |
| | ) |
| TRAEVON GRAY | ) |
| a/k/a "Trae" | ) |
| | ) |
| DAMON WILLIAMS | ) |
| | ) |

# INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### 18 U.S.C. § 1951(a)
*Conspiracy to Commit Hobbs Act Robbery*

1. On or about October 27, 2021, in the Western District of Virginia, the defendants, TRAEVON GRAY and DAMON WILLIAMS, did knowingly and willfully conspire and agree together to unlawfully obstruct, delay, and affect and attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined by Title 18, United States Code, Section 1951(b)(1), in that the defendants did knowingly and willfully conspire and agree to take and obtain cash and other goods from C.H., against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future.

2. All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
### 18 U.S.C. § 1951(a)
*Hobbs Act Robbery*

3. On or about October 27, 2021, in the Western District of Virginia, the defendants, TRAEVON GRAY and DAMON WILLIAMS, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined by Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain property from the person and in the presence of D.S., against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future.

4. All in violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE
### 18 U.S.C. § 924(c)
*Use of Firearm in the Commission a Hobbs Act Robbery*

5. On or about October 27, 2021, in the Western District of Virginia, the defendants, TRAEVON GRAY and DAMON WILLIAMS, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Hobbs Act Robbery as set forth in Count Two of this Indictment, used, carried, and brandished a firearm, and in furtherance of such crime of violence, possessed and brandished a firearm.

6. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL, this 22nd day of June, 2022.

/s/FOREPERSON
FOREPERSON

CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

2