# Client Stops

**BI TotalAccess**

Report Run 10/13/2022 09:23

Parameters 07/01/2022 00:00 - 10/12/2022 23:59

| Client | Gray, Traevon | | |
|---|---|---|---|
| Client Phone | 1 (434) 823-4123 | Agency | US Pr-VAW-Roanoke |
| Client Address | 2585 Brown Gap Charlottesville, VA 22901 | Officer | Salazar, Mariana |
| Case ID | 8093293 | Service Plan | BI LOC8 XT - Monitoring Center |

| Arrival | Departure | Duration | Address |
|---|---|---|---|
| 7/12/2022 10:52:44 AM | 7/18/2022 6:14:27 AM | 5 days, 19 hrs, 22 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/18/2022 6:16:27 AM | 7/18/2022 6:34:25 AM | 0 days, 0 hrs, 18 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 7/18/2022 7:38:27 AM | 7/18/2022 11:20:26 AM | 0 days, 3 hrs, 42 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/18/2022 11:29:26 AM | 7/18/2022 12:05:26 PM | 0 days, 0 hrs, 36 mins | 3017 Monacan Trail Road, North Garden, VA 22959 |
| 7/18/2022 12:13:26 PM | 7/18/2022 4:33:25 PM | 0 days, 4 hrs, 20 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/18/2022 5:02:36 PM | 7/18/2022 5:16:25 PM | 0 days, 0 hrs, 14 mins | 2904 Browns Gap Turnpike, Crozet, VA 22932 |
| 7/18/2022 5:17:25 PM | 7/19/2022 6:28:23 AM | 0 days, 13 hrs, 11 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/19/2022 6:55:34 AM | 7/19/2022 8:14:24 AM | 0 days, 1 hrs, 19 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/19/2022 8:14:24 AM | 7/19/2022 11:08:23 AM | 0 days, 2 hrs, 54 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/19/2022 11:18:18 AM | 7/19/2022 11:44:56 AM | 0 days, 0 hrs, 26 mins | 3017 Monacan Trail Road, North Garden, VA 22959 |
| 7/19/2022 11:52:24 AM | 7/19/2022 4:44:22 PM | 0 days, 4 hrs, 52 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/19/2022 5:12:32 PM | 7/20/2022 6:29:20 AM | 0 days, 13 hrs, 17 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/20/2022 7:02:20 AM | 7/20/2022 10:57:20 AM | 0 days, 3 hrs, 55 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/20/2022 11:05:19 AM | 7/20/2022 11:26:19 AM | 0 days, 0 hrs, 21 mins | 3017 Monacan Trail Road, North Garden, VA 22959 |
| 7/20/2022 11:33:19 AM | 7/20/2022 2:27:19 PM | 0 days, 2 hrs, 54 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/20/2022 2:27:19 PM | 7/20/2022 6:34:28 PM | 0 days, 4 hrs, 7 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/20/2022 7:01:28 PM | 7/21/2022 6:25:17 AM | 0 days, 11 hrs, 24 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/21/2022 6:51:25 AM | 7/21/2022 10:51:19 AM | 0 days, 4 hrs, 0 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/21/2022 10:59:14 AM | 7/21/2022 11:20:27 AM | 0 days, 0 hrs, 21 mins | 3017 Monacan Trail Road, North Garden, VA 22959 |
| 7/21/2022 11:27:16 AM | 7/21/2022 11:53:16 AM | 0 days, 0 hrs, 26 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/21/2022 11:53:16 AM | 7/21/2022 3:30:15 PM | 0 days, 3 hrs, 37 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/21/2022 4:37:15 PM | 7/21/2022 6:50:12 PM | 0 days, 2 hrs, 13 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/21/2022 7:18:29 PM | 7/22/2022 6:46:13 AM | 0 days, 11 hrs, 28 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/22/2022 7:47:13 AM | 7/22/2022 7:59:13 AM | 0 days, 0 hrs, 12 mins | 1738 Virginia 20, Charlottesville, VA 22902 |
| 7/22/2022 8:12:13 AM | 7/22/2022 8:24:13 AM | 0 days, 0 hrs, 12 mins | 1006 Elliott Avenue, Charlottesville, VA 22902 |
| 7/22/2022 8:44:25 AM | 7/22/2022 10:02:25 AM | 0 days, 1 hrs, 18 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/22/2022 10:02:25 AM | 7/22/2022 10:33:10 AM | 0 days, 0 hrs, 31 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/22/2022 10:33:10 AM | 7/22/2022 10:50:12 AM | 0 days, 0 hrs, 17 mins | 2242 Dudley Mountain Road, North Garden, VA 22959 |
| 7/22/2022 11:26:10 AM | 7/22/2022 11:37:12 AM | 0 days, 0 hrs, 11 mins | 2640 Ringwood Farm, Charlottesville, VA 22901 |
| 7/22/2022 11:48:12 AM | 7/22/2022 12:10:12 PM | 0 days, 0 hrs, 22 mins | 2958 Browns Gap Turnpike, Crozet, VA 22932 |
| 7/22/2022 12:16:12 PM | 7/22/2022 1:09:12 PM | 0 days, 0 hrs, 53 mins | 4542 Doylesville Road, Crozet, VA 22932 |
| 7/22/2022 1:09:12 PM | 7/22/2022 3:58:12 PM | 0 days, 2 hrs, 49 mins | 4542 Doylesville Road, Crozet, VA 22932 |
| 7/22/2022 4:04:12 PM | 7/22/2022 5:55:22 PM | 0 days, 1 hrs, 51 mins | 4542 Doylesville Road, Crozet, VA 22932 |

GOVERNMENT'S EXHIBIT
PENGAD 800-631-6989
10/17/22
3:22CR8

| Start | End | Duration | Address |
|---|---|---|---|
| 7/25/2022 6:14:11 PM | 7/25/2022 6:56:53 AM | 2 days, 12 hrs, 42 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/25/2022 7:41:53 AM | 7/25/2022 8:09:53 AM | 0 days, 0 hrs, 28 mins | 1715 Kenwood Lane, Charlottesville, VA 22901 |
| 7/25/2022 8:13:53 AM | 7/25/2022 8:35:53 AM | 0 days, 0 hrs, 22 mins | 1715 Kenwood Lane, Charlottesville, VA 22901 |
| 7/25/2022 9:08:52 AM | 7/25/2022 10:42:52 AM | 0 days, 1 hrs, 34 mins | 1715 Kenwood Lane, Charlottesville, VA 22901 |
| 7/25/2022 11:34:48 AM | 7/25/2022 12:20:52 PM | 0 days, 0 hrs, 38 mins | 4696 Garth Road, Crozet, VA 22932 |
| 7/25/2022 12:40:52 PM | 7/25/2022 1:01:52 PM | 0 days, 0 hrs, 21 mins | 1715 Kenwood Lane, Charlottesville, VA 22901 |
| 7/25/2022 1:07:06 PM | 7/25/2022 1:19:52 PM | 0 days, 0 hrs, 12 mins | 801 Saint Clair Avenue, Charlottesville, VA 22902 |
| 7/25/2022 1:35:50 PM | 7/25/2022 1:57:52 PM | 0 days, 0 hrs, 22 mins | 370 Greenbrier Drive, Charlottesville, VA 22901 |
| 7/25/2022 2:56:53 PM | 7/25/2022 3:08:52 PM | 0 days, 0 hrs, 12 mins | 1715 Keith Valley Road, Charlottesville, VA 22901 |
| 7/25/2022 3:43:52 PM | 7/25/2022 4:18:51 PM | 0 days, 0 hrs, 35 mins | 2904 Browns Gap Turnpike, Crozet, VA 22932 |
| 7/25/2022 4:19:51 PM | 7/25/2022 8:47:42 PM | 0 days, 4 hrs, 28 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/25/2022 8:47:42 PM | 7/26/2022 6:46:49 AM | 0 days, 9 hrs, 59 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/26/2022 7:08:49 AM | 7/26/2022 7:33:50 AM | 0 days, 0 hrs, 25 mins | 1715 Kenwood Lane, Charlottesville, VA 22902 |
| 7/26/2022 9:29:58 AM | 7/26/2022 10:17:48 AM | 0 days, 0 hrs, 48 mins | 1115 Hazel Street, Charlottesville, VA 22902 |
| 7/26/2022 10:23:17 AM | 7/26/2022 10:47:49 AM | 0 days, 0 hrs, 24 mins | 900 Saint Clair Avenue, Charlottesville, VA 22901 |
| 7/26/2022 10:49:49 AM | 7/26/2022 11:09:47 AM | 0 days, 0 hrs, 20 mins | 1115 Hazel Street, Charlottesville, VA 22902 |
| 7/26/2022 11:11:46 AM | 7/26/2022 11:42:48 AM | 0 days, 0 hrs, 31 mins | 1429 Hazel Street, Charlottesville, VA 22902 |
| 7/26/2022 11:49:48 AM | 7/26/2022 12:08:44 PM | 0 days, 0 hrs, 19 mins | 1715 Keith Valley Road, Charlottesville, VA 22901 |
| 7/26/2022 1:00:08 PM | 7/26/2022 3:12:44 PM | 0 days, 2 hrs, 21 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 7/26/2022 3:23:48 PM | 7/27/2022 6:50:46 AM | 0 days, 15 hrs, 27 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/27/2022 7:48:46 AM | 7/27/2022 8:24:47 AM | 0 days, 0 hrs, 36 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/27/2022 8:24:47 AM | 7/27/2022 12:59:13 PM | 0 days, 4 hrs, 35 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/27/2022 3:26:46 PM | 7/27/2022 3:50:41 PM | 0 days, 0 hrs, 24 mins | 2904 Browns Gap Turnpike, Crozet, VA 22932 |
| 7/27/2022 3:58:34 PM | 7/28/2022 6:25:51 AM | 0 days, 14 hrs, 54 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 7/28/2022 7:22:53 AM | 7/28/2022 11:11:53 AM | 0 days, 3 hrs, 45 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/28/2022 11:11:53 AM | 7/28/2022 11:32:55 AM | 0 days, 0 hrs, 21 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/28/2022 11:32:55 AM | 7/28/2022 12:10:55 PM | 0 days, 0 hrs, 38 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/28/2022 12:10:55 PM | 7/28/2022 12:22:54 PM | 0 days, 0 hrs, 12 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/28/2022 12:22:54 PM | 7/28/2022 1:54:54 PM | 0 days, 0 hrs, 32 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/28/2022 1:54:54 PM | 7/28/2022 2:43:54 PM | 0 days, 0 hrs, 49 mins | 91 Bambi Drive, Ruckersville, VA 22968 |
| 7/28/2022 3:26:46 PM | 7/29/2022 6:44:52 AM | 0 days, 15 hrs, 7 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 7/29/2022 7:18:21 AM | 7/29/2022 8:33:04 PM | 0 days, 1 hrs, 15 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/29/2022 8:41:52 AM | 7/29/2022 11:55:51 AM | 0 days, 3 hrs, 14 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/29/2022 12:33:51 PM | 7/29/2022 12:58:51 PM | 0 days, 0 hrs, 25 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 7/29/2022 1:08:51 PM | 8/1/2022 6:34:43 AM | 2 days, 17 hrs, 26 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/1/2022 7:22:34 AM | 8/1/2022 11:12:42 AM | 0 days, 0 hrs, 25 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/1/2022 7:48:43 AM | 8/1/2022 12:09:42 AM | 0 days, 3 hrs, 24 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 8/1/2022 11:21:42 AM | 8/1/2022 12:22:42 AM | 0 days, 0 hrs, 48 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 8/1/2022 12:22:42 PM | 8/1/2022 6:22:41 PM | 0 days, 6 hrs, 0 mins | 8839 Seminole Trail, Ruckersville, VA 22968 |
| 8/2/2022 7:30:40 PM | 8/2/2022 6:48:40 AM | 0 days, 11 hrs, 45 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 8/2/2022 7:27:37 AM | 8/2/2022 11:06:39 AM | 0 days, 3 hrs, 39 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/2/2022 11:10:39 AM | 8/2/2022 11:36:36 AM | 0 days, 0 hrs, 26 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 8/2/2022 11:42:39 AM | 8/2/2022 6:05:38 PM | 0 days, 6 hrs, 23 mins | 8764 Seminole Trail, Ruckersville, VA 22968 |
| 8/3/2022 6:52:39 PM | 8/3/2022 5:34:37 AM | 0 days, 10 hrs, 42 mins | 59 Bambi Drive, Ruckersville, VA 22968 |
| 8/3/2022 6:13:39 AM | 8/3/2022 10:47:37 AM | 0 days, 4 hrs, 34 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| | | | 103 Angus Court, Charlottesville, VA 22901 |

| Start | End | Duration | Address |
|---|---|---|---|
| 8/3/2022 10:49:37 AM | 8/3/2022 11:19:37 AM | 0 days, 0 hrs, 30 mins | 1709 Emmet Street North, Charlottesville, VA 22901 |
| 8/3/2022 11:21:37 AM | 8/3/2022 6:10:33 PM | 0 days, 6 hrs, 49 mins | 100 Angus Court, Charlottesville, VA 22901 |
| 8/3/2022 6:42:37 PM | 8/4/2022 6:30:34 AM | 0 days, 11 hrs, 48 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/4/2022 7:33:34 AM | 8/4/2022 10:53:33 AM | 0 days, 3 hrs, 20 mins | 103 Angus Court, Charlottesville, VA 22901 |
| 8/4/2022 11:01:34 AM | 8/4/2022 11:15:34 AM | 0 days, 0 hrs, 14 mins | 1715 Kenwood Lane, Charlottesville, VA 22901 |
| 8/4/2022 11:33:34 AM | 8/4/2022 11:48:18 AM | 0 days, 0 hrs, 16 mins | 814 Cherry Avenue, Charlottesville, VA 22903 |
| 8/4/2022 11:58:35 AM | 8/4/2022 3:42:33 PM | 0 days, 3 hrs, 44 mins | 102 Angus Court, Charlottesville, VA 22901 |
| 8/4/2022 4:13:33 PM | 8/5/2022 6:46:33 AM | 0 days, 14 hrs, 33 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/5/2022 7:52:43 AM | 8/5/2022 9:37:33 AM | 0 days, 1 hrs, 45 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/5/2022 9:42:29 AM | 8/5/2022 11:41:32 AM | 0 days, 1 hrs, 59 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/5/2022 11:55:32 AM | 8/5/2022 12:17:32 PM | 0 days, 0 hrs, 22 mins | 2958 Browns Gap Turnpike, Crozet, VA 22932 |
| 8/5/2022 12:17:32 PM | 8/5/2022 12:29:32 PM | 0 days, 0 hrs, 12 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/5/2022 12:45:32 PM | 8/5/2022 2:41:38 PM | 0 days, 1 hrs, 56 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/5/2022 2:57:15 PM | 8/5/2022 3:15:56 PM | 0 days, 0 hrs, 18 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/5/2022 3:17:33 PM | 8/6/2022 11:29:29 AM | 0 days, 20 hrs, 12 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/6/2022 12:09:30 PM | 8/6/2022 12:31:38 PM | 0 days, 0 hrs, 22 mins | 204-206 East Main Street, Charlottesville, VA 22902 |
| 8/6/2022 12:41:35 PM | 8/6/2022 1:15:31 PM | 0 days, 0 hrs, 34 mins | 108 2nd Street Northeast, Charlottesville, VA 22902 |
| 8/6/2022 1:22:56 PM | 8/6/2022 1:37:42 PM | 0 days, 0 hrs, 15 mins | 113 3rd Street Southeast, Charlottesville, VA 22902 |
| 8/6/2022 2:24:46 PM | 8/6/2022 3:04:45 PM | 0 days, 0 hrs, 40 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/6/2022 3:13:44 PM | 8/8/2022 6:50:42 AM | 1 days, 15 hrs, 37 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/8/2022 7:08:42 AM | 8/8/2022 10:43:41 AM | 0 days, 3 hrs, 35 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/8/2022 10:57:41 AM | 8/8/2022 11:25:40 AM | 0 days, 0 hrs, 28 mins | 2958 Browns Gap Turnpike, Crozet, VA 22932 |
| 8/8/2022 11:41:39 AM | 8/8/2022 4:17:45 PM | 0 days, 4 hrs, 36 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/8/2022 4:35:41 PM | 8/8/2022 5:37:51 PM | 0 days, 1 hrs, 2 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/8/2022 5:38:51 PM | 8/8/2022 6:25:59 PM | 0 days, 0 hrs, 47 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/8/2022 6:25:59 PM | 8/8/2022 6:53:40 PM | 0 days, 0 hrs, 28 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/8/2022 6:53:40 PM | 8/9/2022 8:55:35 AM | 0 days, 13 hrs, 42 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/9/2022 9:32:56 AM | 8/9/2022 10:55:26 AM | 0 days, 1 hrs, 23 mins | 408 U.S. 250 Business, Charlottesville, VA 22902 |
| 8/9/2022 12:00:16 PM | 8/9/2022 12:31:16 PM | 0 days, 0 hrs, 31 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/9/2022 12:31:16 PM | 8/9/2022 4:33:25 PM | 0 days, 4 hrs, 2 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/9/2022 4:33:25 PM | 8/9/2022 4:46:22 PM | 0 days, 0 hrs, 13 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/9/2022 5:08:19 PM | 8/9/2022 5:43:23 PM | 0 days, 0 hrs, 35 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/9/2022 5:56:15 PM | 8/9/2022 6:12:15 PM | 0 days, 0 hrs, 16 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/9/2022 6:12:15 PM | 8/9/2022 7:00:15 PM | 0 days, 0 hrs, 48 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/9/2022 7:00:15 PM | 8/9/2022 7:16:15 PM | 0 days, 0 hrs, 16 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/9/2022 7:16:15 PM | 8/10/2022 6:32:12 AM | 0 days, 11 hrs, 16 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/10/2022 6:40:16 AM | 8/10/2022 6:53:12 AM | 0 days, 0 hrs, 13 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/10/2022 7:11:14 AM | 8/10/2022 12:26:09 PM | 0 days, 5 hrs, 15 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/10/2022 12:47:13 PM | 8/10/2022 12:59:13 PM | 0 days, 0 hrs, 12 mins | 2958 Browns Gap Turnpike, Crozet, VA 22932 |
| 8/10/2022 1:18:15 PM | 8/10/2022 3:59:13 PM | 0 days, 2 hrs, 41 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/10/2022 4:12:23 PM | 8/10/2022 7:31:12 PM | 0 days, 3 hrs, 19 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/10/2022 7:33:12 PM | 8/10/2022 9:05:12 PM | 0 days, 1 hrs, 34 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/10/2022 9:05:12 PM | 8/11/2022 6:29:09 AM | 0 days, 9 hrs, 24 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/11/2022 6:37:11 AM | 8/11/2022 7:09:11 AM | 0 days, 0 hrs, 32 mins | 2904 Browns Gap Turnpike, Crozet, VA 22932 |
| 8/11/2022 7:09:11 AM | 8/11/2022 10:19:10 AM | 0 days, 3 hrs, 10 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/11/2022 10:19:10 AM | 8/11/2022 10:47:10 AM | 0 days, 0 hrs, 28 mins | 2904 Browns Gap Turnpike, Crozet, VA 22932 |

| Timestamp | Duration | Address |
|---|---|---|
| 8/11/2022 10:49:10 AM | 0 days, 0 hrs, 21 mins | 2958 Browns Gap Turnpike, Crozet, VA 22932 |
| 8/11/2022 11:31:10 AM | 0 days, 6 hrs, 19 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/11/2022 6:04:19 PM | 0 days, 1 hrs, 2 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/11/2022 7:09:09 PM | 0 days, 17 hrs, 47 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/12/2022 12:56:06 PM | 0 days, 0 hrs, 20 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/12/2022 1:16:06 PM | 0 days, 2 hrs, 17 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/12/2022 3:33:06 PM | 0 days, 0 hrs, 55 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/12/2022 4:28:07 PM | 1 days, 6 hrs, 28 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/13/2022 10:56:12 PM | 0 days, 0 hrs, 20 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/13/2022 11:16:04 PM | 0 days, 1 hrs, 59 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/14/2022 1:15:02 AM | 0 days, 0 hrs, 17 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/14/2022 1:34:59 AM | 0 days, 16 hrs, 24 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/14/2022 6:13:01 PM | 0 days, 1 hrs, 53 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/14/2022 8:06:01 PM | 0 days, 10 hrs, 58 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/15/2022 7:04:59 AM | 0 days, 0 hrs, 17 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/15/2022 7:21:58 AM | 0 days, 23 hrs, 12 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/16/2022 6:33:52 AM | 0 days, 0 hrs, 14 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/16/2022 6:42:53 AM | 0 days, 4 hrs, 57 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/16/2022 7:00:57 AM | 0 days, 0 hrs, 26 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/16/2022 11:57:57 AM | 0 days, 0 hrs, 31 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/16/2022 12:23:51 PM | 0 days, 1 hrs, 46 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/16/2022 1:15:54 PM | 0 days, 15 hrs, 10 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/16/2022 3:10:55 PM | 0 days, 0 hrs, 21 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/17/2022 6:29:50 AM | 0 days, 0 hrs, 28 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/17/2022 7:01:04 AM | 0 days, 0 hrs, 31 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/17/2022 7:22:02 AM | 0 days, 1 hrs, 29 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/17/2022 7:50:53 AM | 0 days, 0 hrs, 34 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/17/2022 8:21:51 AM | 0 days, 0 hrs, 42 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/17/2022 9:50:51 AM | 0 days, 0 hrs, 25 mins | 4696 Garth Road, Crozet, VA 22932 |
| 8/17/2022 10:24:51 AM | 0 days, 0 hrs, 45 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/17/2022 11:46:51 AM | 0 days, 5 hrs, 33 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/17/2022 12:06:51 PM | 0 days, 11 hrs, 29 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/17/2022 12:51:51 PM | 0 days, 3 hrs, 59 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/18/2022 6:44:46 PM | 0 days, 0 hrs, 15 mins | 2958 Browns Gap Turnpike, Crozet, VA 22932 |
| 8/18/2022 6:34:01 AM | 0 days, 2 hrs, 59 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/18/2022 11:07:00 AM | 0 days, 0 hrs, 15 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/18/2022 11:35:57 AM | 0 days, 2 hrs, 59 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/18/2022 2:59:00 PM | 0 days, 0 hrs, 15 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/18/2022 3:12:59 PM | 0 days, 0 hrs, 21 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/18/2022 3:33:59 PM | 0 days, 1 hrs, 31 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/18/2022 5:04:56 PM | 0 days, 0 hrs, 32 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/18/2022 5:36:57 PM | 0 days, 12 hrs, 19 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/19/2022 6:20:57 AM | 0 days, 0 hrs, 47 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/19/2022 6:30:57 AM | 0 days, 0 hrs, 49 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/19/2022 7:17:57 AM | 0 days, 0 hrs, 41 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/19/2022 8:35:57 AM | 0 days, 1 hrs, 59 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/19/2022 9:16:05 AM | 0 days, 0 hrs, 28 mins | 2958 Browns Gap Turnpike, Crozet, VA 22932 |
| 8/19/2022 11:15:56 AM | 0 days, 4 hrs, 18 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/19/2022 11:57:55 AM | | |
| 8/19/2022 12:31:01 PM | | |

| Timestamp | Duration | Address |
|---|---|---|
| 8/19/2022 4:46:05 PM | 0 days, 0 hrs, 11 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/19/2022 4:58:55 PM | 0 days, 18 hrs, 49 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/20/2022 11:47:53 AM | 0 days, 0 hrs, 33 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/20/2022 12:20:54 PM | 1 days, 18 hrs, 9 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/22/2022 6:29:04 AM | 0 days, 0 hrs, 12 mins | 5221 U.S. 250, Charlottesville, VA 22903 |
| 8/22/2022 6:55:13 AM | 0 days, 3 hrs, 36 mins | 6423 Markwood Road, Earlysville, VA 22936 |
| 8/22/2022 7:38:06 AM | 0 days, 0 hrs, 19 mins | 8609 Dyke Road, Dyke, VA 22935 |
| 8/22/2022 11:20:04 AM | 0 days, 1 hrs, 34 mins | 6423 Markwood Road, Earlysville, VA 22936 |
| 8/22/2022 12:01:04 PM | 0 days, 1 hrs, 47 mins | 6423 Markwood Road, Earlysville, VA 22936 |
| 8/22/2022 1:35:01 PM | 0 days, 1 hrs, 10 mins | 6423 Markwood Road, Earlysville, VA 22936 |
| 8/22/2022 3:22:04 PM | 0 days, 13 hrs, 33 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/22/2022 4:32:59 PM | 0 days, 4 hrs, 12 mins | 6423 Markwood Road, Earlysville, VA 22936 |
| 8/23/2022 5:02:08 PM | 0 days, 0 hrs, 26 mins | 8609 Dyke Road, Dyke, VA 22935 |
| 8/23/2022 7:11:11 AM | 0 days, 0 hrs, 18 mins | 6423 Markwood Road, Earlysville, VA 22936 |
| 8/23/2022 11:28:02 AM | 0 days, 0 hrs, 51 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/23/2022 12:00:03 PM | 0 days, 0 hrs, 25 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 8/23/2022 4:42:10 PM | 0 days, 0 hrs, 24 mins | 4257 Seminole Trail, Charlottesville, VA 22911 |
| 8/24/2022 6:42:00 AM | 0 days, 0 hrs, 23 mins | 1764 Timberwood Boulevard, Charlottesville, VA 22911 |
| 8/24/2022 9:07:08 AM | 0 days, 1 hrs, 39 mins | 711 Grove Avenue, Charlottesville, VA 22902 |
| 8/24/2022 10:53:57 AM | 0 days, 2 hrs, 19 mins | 730 Grove Avenue, Charlottesville, VA 22902 |
| 8/24/2022 11:34:55 AM | 0 days, 17 hrs, 25 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/24/2022 12:26:03 PM | 0 days, 4 hrs, 34 mins | 400 U.S. 250 Business, Charlottesville, VA 22902 |
| 8/24/2022 1:59:05 PM | 0 days, 1 hrs, 8 mins | 730 Grove Avenue, Charlottesville, VA 22902 |
| 8/24/2022 4:18:16 PM | 0 days, 11 hrs, 9 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/24/2022 4:44:14 PM | 0 days, 0 hrs, 14 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/25/2022 10:09:02 AM | 0 days, 0 hrs, 25 mins | 5221 U.S. 250, Charlottesville, VA 22903 |
| 8/25/2022 11:55:35 AM | 0 days, 3 hrs, 52 mins | 3819 Fox Mountain Road, Crozet, VA 22932 |
| 8/25/2022 5:02:37 PM | 0 days, 0 hrs, 16 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 8/25/2022 7:17:33 PM | 2 days, 13 hrs, 39 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 8/26/2022 6:28:31 AM | 0 days, 0 hrs, 41 mins | 5860 Railroad Avenue, Crozet, VA 22932 |
| 8/26/2022 7:14:28 AM | 0 days, 0 hrs, 16 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/26/2022 7:00:28 AM | 0 days, 1 hrs, 25 mins | 2904 Browns Gap Turnpike, Crozet, VA 22932 |
| 8/26/2022 7:54:01 AM | 0 days, 0 hrs, 26 mins | 1012 Hazel Street, Charlottesville, VA 22902 |
| 8/26/2022 8:43:54 AM | 0 days, 2 hrs, 46 mins | 380 Rudolph Street, Ruckersville, VA 22968 |
| 8/26/2022 9:21:40 AM | 0 days, 0 hrs, 27 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 8/26/2022 11:09:27 AM | 0 days, 0 hrs, 46 mins | 711 Grove Avenue, Charlottesville, VA 22902 |
| 8/26/2022 11:43:20 AM | 0 days, 13 hrs, 6 mins | 1427 Hazel Street, Charlottesville, VA 22902 |
| 8/26/2022 1:39:26 PM | 0 days, 0 hrs, 9 mins | 711 Grove Avenue, Charlottesville, VA 22902 |
| 8/26/2022 3:33:32 PM | 0 days, 4 hrs, 6 mins | 711 Grove Avenue, Charlottesville, VA 22902 |
| 8/26/2022 4:40:40 PM | 0 days, 13 hrs, 6 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/29/2022 6:35:22 AM | 0 days, 4 hrs, 9 mins | 1214 East High Street, Charlottesville, VA 22902 |
| 8/29/2022 7:26:22 AM | | 1637 East Market Street, Charlottesville, VA 22902 |
| 8/29/2022 8:10:22 AM | | 1637 East Market Street, Charlottesville, VA 22902 |
| 8/29/2022 9:19:23 AM | | 1615 East Market Street, Charlottesville, VA 22902 |
| 8/29/2022 11:12:22 AM | | 5830 State Route 788, Crozet, VA 22932 |
| 8/29/2022 11:39:20 AM | | |
| 8/29/2022 2:29:21 PM | | |
| 8/29/2022 2:56:22 PM | | |
| 8/29/2022 4:56:21 PM | | |
| 8/30/2022 6:33:16 AM | | |
| 8/30/2022 11:28:19 AM | | |
| 8/30/2022 12:09:18 PM | | |
| 8/30/2022 1:08:18 PM | | |
| 8/30/2022 2:52:16 PM | | |
| 8/30/2022 4:44:20 PM | | |

| | | | |
|---|---|---|---|
| 8/30/2022 5:52:641 PM | 8/30/2022 6:00:15 PM | 0 days, 0 hrs, 35 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 8/30/2022 6:06:19 PM | 9/3/2022 12:56:06 PM | 3 days, 18 hrs, 50 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/3/2022 12:59:06 PM | 9/4/2022 12:48:24 PM | 0 days, 23 hrs, 49 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/4/2022 12:48:24 PM | 9/4/2022 1:06:24 PM | 0 days, 0 hrs, 18 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/4/2022 1:06:24 PM | 9/5/2022 6:31:19 AM | 0 days, 17 hrs, 25 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/5/2022 6:38:21 AM | 9/5/2022 7:29:21 AM | 0 days, 0 hrs, 51 mins | 2904 Browns Gap Turnpike, Crozet, VA 22932 |
| 9/5/2022 7:53:21 AM | 9/5/2022 11:01:13 AM | 0 days, 3 hrs, 8 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 9/5/2022 11:05:21 AM | 9/5/2022 11:29:22 AM | 0 days, 0 hrs, 26 mins | 1429 Hazel Street, Charlottesville, VA 22902 |
| 9/5/2022 11:30:38 AM | 9/5/2022 4:33:16 PM | 0 days, 5 hrs, 3 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 9/5/2022 4:56:20 PM | 9/6/2022 6:32:22 AM | 0 days, 13 hrs, 36 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/6/2022 7:07:26 AM | 9/6/2022 11:03:17 AM | 0 days, 3 hrs, 54 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 9/6/2022 11:03:15 AM | 9/6/2022 11:37:18 AM | 0 days, 0 hrs, 34 mins | 1412 East High Street, Charlottesville, VA 22902 |
| 9/6/2022 11:39:17 AM | 9/6/2022 2:02:17 PM | 0 days, 2 hrs, 23 mins | 1012 Hazel Street, Charlottesville, VA 22902 |
| 9/6/2022 2:02:17 PM | 9/6/2022 2:44:14 PM | 0 days, 0 hrs, 42 mins | 712 Grove Avenue, Charlottesville, VA 22902 |
| 9/6/2022 3:02:17 PM | 9/6/2022 3:15:13 PM | 0 days, 0 hrs, 13 mins | 1012 Hazel Street, Charlottesville, VA 22902 |
| 9/6/2022 3:22:54 PM | 9/6/2022 3:50:17 PM | 0 days, 0 hrs, 28 mins | 1637 East Market Street, Charlottesville, VA 22902 |
| 9/6/2022 4:33:16 PM | 9/6/2022 5:31:13 PM | 0 days, 0 hrs, 58 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/6/2022 5:51:13 PM | 9/6/2022 6:29:16 PM | 0 days, 0 hrs, 38 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/6/2022 6:36:16 PM | 9/7/2022 6:58:14 AM | 0 days, 12 hrs, 22 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/7/2022 7:55:14 AM | 9/7/2022 9:08:14 AM | 0 days, 1 hrs, 13 mins | 380 Rudolph Street, Ruckersville, VA 22968 |
| 9/7/2022 9:18:15 AM | 9/7/2022 10:55:14 AM | 0 days, 1 hrs, 37 mins | 380 Rudolph Street, Ruckersville, VA 22968 |
| 9/7/2022 11:01:14 AM | 9/7/2022 11:22:14 AM | 0 days, 0 hrs, 21 mins | 8764 Seminole Trail, Ruckersville, VA 22968 |
| 9/7/2022 11:27:14 AM | 9/7/2022 3:06:11 PM | 0 days, 3 hrs, 39 mins | 380 Rudolph Street, Ruckersville, VA 22968 |
| 9/7/2022 3:44:23 PM | 9/7/2022 3:56:23 PM | 0 days, 0 hrs, 12 mins | 2904 Browns Gap Turnpike, Crozet, VA 22932 |
| 9/7/2022 4:08:13 PM | 9/7/2022 4:29:11 PM | 0 days, 0 hrs, 21 mins | 1986 White Hall Road, Crozet, VA 22932 |
| 9/7/2022 4:52:13 PM | 9/8/2022 6:31:11 AM | 0 days, 13 hrs, 39 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/8/2022 6:56:11 AM | 9/8/2022 7:24:17 AM | 0 days, 0 hrs, 28 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 9/8/2022 7:56:09 AM | 9/8/2022 8:13:08 AM | 0 days, 0 hrs, 17 mins | 4257 Seminole Trail, Charlottesville, VA 22911 |
| 9/8/2022 8:42:07 AM | 9/8/2022 8:59:11 AM | 0 days, 0 hrs, 17 mins | 440 Garder Drive, Charlottesville, VA 22901 |
| 9/8/2022 9:21:11 AM | 9/8/2022 11:12:11 AM | 0 days, 1 hrs, 51 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 9/8/2022 11:14:11 AM | 9/8/2022 11:48:10 AM | 0 days, 0 hrs, 34 mins | 1412 East High Street, Charlottesville, VA 22902 |
| 9/8/2022 11:49:10 AM | 9/8/2022 12:11:10 PM | 0 days, 0 hrs, 22 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 9/8/2022 12:11:10 PM | 9/8/2022 1:36:16 PM | 0 days, 1 hrs, 25 mins | 706 Grove Avenue, Charlottesville, VA 22902 |
| 9/8/2022 1:36:16 PM | 9/8/2022 2:57:10 PM | 0 days, 1 hrs, 21 mins | 724 Grove Avenue, Charlottesville, VA 22902 |
| 9/8/2022 3:44:20 PM | 9/8/2022 4:33:06 PM | 0 days, 0 hrs, 49 mins | 5896 Sugar Hollow Road, Crozet, VA 22932 |
| 9/8/2022 4:43:24 PM | 9/9/2022 1:46:06 PM | 0 days, 21 hrs, 3 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/9/2022 2:02:06 PM | 9/9/2022 2:18:06 PM | 0 days, 0 hrs, 16 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/9/2022 2:18:06 PM | 9/9/2022 2:39:06 PM | 0 days, 0 hrs, 21 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/9/2022 2:43:07 PM | 9/9/2022 2:54:07 PM | 0 days, 0 hrs, 11 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/9/2022 2:54:07 PM | 9/9/2022 3:06:11 PM | 0 days, 0 hrs, 12 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/9/2022 3:11:03 PM | 9/10/2022 12:02:04 PM | 0 days, 20 hrs, 51 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/10/2022 12:02:04 PM | 9/10/2022 1:29:14 PM | 0 days, 1 hrs, 27 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/10/2022 1:29:14 PM | 9/12/2022 6:32:00 AM | 1 days, 17 hrs, 3 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/12/2022 7:45:14 AM | 9/12/2022 7:58:03 AM | 0 days, 0 hrs, 13 mins | 2995 Sandy Hook Road, Sandy Hook, VA 23153 |
| 9/12/2022 7:58:03 AM | 9/12/2022 8:13:03 AM | 0 days, 0 hrs, 15 mins | 2995 Sandy Hook Road, Sandy Hook, VA 23153 |
| 9/12/2022 8:16:03 AM | 9/12/2022 11:20:01 AM | 0 days, 3 hrs, 4 mins | 2995 Sandy Hook Road, Sandy Hook, VA 23153 |

| | | | |
|---|---|---|---|
| 9/12/2022 11:32:01 AM | 9/12/2022 12:59:00 PM | 0 days, 1 hrs, 27 mins | 2995 Sandy Hook Road, Sandy Hook, VA 23153 |
| 9/12/2022 12:59:01 PM | 9/12/2022 3:46:08 PM | 0 days, 2 hrs, 47 mins | 2995 Sandy Hook Road, Sandy Hook, VA 23153 |
| 9/12/2022 3:48:11 PM | 9/12/2022 4:38:00 PM | 0 days, 0 hrs, 50 mins | 2995 Sandy Hook Road, Sandy Hook, VA 23153 |
| 9/12/2022 5:52:03 PM | 9/13/2022 6:27:58 AM | 0 days, 12 hrs, 35 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/13/2022 6:51:26 AM | 9/13/2022 7:09:54 AM | 0 days, 0 hrs, 18 mins | 4687 Garth Road, Charlottesville, VA 22901 |
| 9/13/2022 8:11:01 AM | 9/13/2022 11:21:54 AM | 0 days, 3 hrs, 10 mins | 2995 Sandy Hook Road, Sandy Hook, VA 23153 |
| 9/13/2022 11:24:58 AM | 9/13/2022 11:38:58 AM | 0 days, 0 hrs, 14 mins | 911 Cross County Road, Mineral, VA 23117 |
| 9/13/2022 11:42:59 AM | 9/13/2022 5:14:57 PM | 0 days, 5 hrs, 32 mins | 2995 Sandy Hook Road, Sandy Hook, VA 23153 |
| 9/13/2022 6:17:57 PM | 9/13/2022 9:00:26 PM | 0 days, 2 hrs, 43 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/13/2022 9:04:03 PM | 9/15/2022 9:51:58 AM | 1 days, 12 hrs, 47 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/15/2022 10:32:27 AM | 9/15/2022 10:51:47 AM | 0 days, 0 hrs, 19 mins | 211 5th Street Northeast, Charlottesville, VA 22902 |
| 9/15/2022 11:39:48 AM | 9/16/2022 12:43:43 PM | 1 days, 1 hrs, 4 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/16/2022 12:53:45 PM | 9/16/2022 1:35:43 PM | 0 days, 0 hrs, 42 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/16/2022 1:35:43 PM | 9/16/2022 1:46:43 PM | 0 days, 0 hrs, 11 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/16/2022 1:46:43 PM | 9/17/2022 2:47:39 PM | 1 days, 1 hrs, 1 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/17/2022 3:00:39 PM | 9/18/2022 8:43:36 AM | 0 days, 17 hrs, 40 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/18/2022 8:43:36 AM | 9/19/2022 9:34:35 AM | 1 days, 0 hrs, 51 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/19/2022 9:34:35 AM | 9/19/2022 10:06:32 AM | 0 days, 0 hrs, 32 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/19/2022 10:06:33 AM | 9/19/2022 1:59:34 PM | 0 days, 3 hrs, 53 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/19/2022 2:02:34 PM | 9/19/2022 2:16:34 PM | 0 days, 0 hrs, 14 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/19/2022 2:16:34 PM | 9/19/2022 2:35:34 PM | 0 days, 0 hrs, 19 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/19/2022 2:35:34 PM | 9/20/2022 12:27:31 PM | 0 days, 21 hrs, 43 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/20/2022 12:27:31 PM | 9/20/2022 12:46:31 PM | 0 days, 0 hrs, 19 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/20/2022 12:46:31 PM | 9/20/2022 1:08:31 PM | 0 days, 0 hrs, 22 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/20/2022 1:08:31 PM | 9/21/2022 1:21:28 PM | 1 days, 0 hrs, 12 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/21/2022 12:17:28 PM | 9/24/2022 1:00:21 PM | 3 days, 0 hrs, 43 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/24/2022 1:00:21 PM | 9/24/2022 1:39:21 PM | 0 days, 0 hrs, 39 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/24/2022 1:39:21 PM | 9/26/2022 1:44:15 PM | 2 days, 0 hrs, 5 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/26/2022 1:57:14 PM | 9/26/2022 2:09:23 PM | 0 days, 0 hrs, 12 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/26/2022 2:09:23 PM | 9/27/2022 10:31:10 AM | 0 days, 20 hrs, 22 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/27/2022 10:31:10 AM | 9/27/2022 11:07:10 AM | 0 days, 0 hrs, 36 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/27/2022 11:07:10 AM | 9/27/2022 11:36:10 AM | 0 days, 0 hrs, 29 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/27/2022 11:56:10 AM | 9/27/2022 12:07:10 PM | 0 days, 0 hrs, 11 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/27/2022 12:07:10 PM | 9/28/2022 9:53:07 AM | 0 days, 21 hrs, 46 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/28/2022 9:53:07 AM | 9/28/2022 10:29:07 AM | 0 days, 0 hrs, 36 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 9/28/2022 10:29:07 AM | 10/3/2022 9:08:50 AM | 4 days, 22 hrs, 39 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/3/2022 11:36:42 AM | 10/3/2022 12:34:57 PM | 0 days, 0 hrs, 58 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/3/2022 1:00:57 PM | 10/4/2022 11:52:59 AM | 0 days, 22 hrs, 47 mins | 211 5th Street Northeast, Charlottesville, VA 22902 |
| 10/4/2022 12:19:59 PM | 10/5/2022 12:18:57 PM | 0 days, 23 hrs, 59 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/5/2022 12:26:54 PM | 10/5/2022 12:42:57 PM | 0 days, 0 hrs, 16 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/5/2022 12:42:57 PM | 10/8/2022 12:13:53 PM | 2 days, 23 hrs, 31 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/8/2022 12:30:52 PM | 10/8/2022 12:57:52 PM | 0 days, 0 hrs, 27 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/8/2022 12:57:52 PM | 10/8/2022 3:10:52 PM | 0 days, 2 hrs, 13 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/8/2022 3:10:52 PM | 10/8/2022 3:23:52 PM | 0 days, 0 hrs, 13 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/8/2022 3:23:52 PM | 10/9/2022 12:34:57 AM | 0 days, 9 hrs, 11 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/9/2022 12:34:57 AM | 10/9/2022 12:42:51 PM | 0 days, 12 hrs, 8 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |

| 10/9/2022 12:49:49 PM | 10/9/2022 2:34:46 PM | 0 days, 1 hrs, 45 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/9/2022 2:34:46 PM | 10/9/2022 2:46:50 PM | 0 days, 0 hrs, 12 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/9/2022 2:50:50 PM | 10/9/2022 3:04:50 PM | 0 days, 0 hrs, 14 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/9/2022 3:13:50 PM | 10/11/2022 4:10:47 PM | 2 days, 0 hrs, 57 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/11/2022 4:10:47 PM | 10/11/2022 4:35:47 PM | 0 days, 0 hrs, 25 mins | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |
| 10/11/2022 4:47:47 PM | | Stop in progress | 2585 Browns Gap Turnpike, Charlottesville, VA 22901 |

©BI Incorporated, a GEO Group Company ®

Confidential—For Official Use Only