# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 3:22CR00008-001    **Date:** November 7, 2022

**Defendant:** Traevon Gray (Bond)    **Counsel:** Erin M. Trodden (AFPD)

| | | | |
|---|---|---|---|
| PRESENT: | JUDGE: | Norman K. Moon | TIME IN COURT: 3:00 – 3:21 p.m. (21 mins) |
| | Deputy Clerk: | Carmen Amos | |
| | Court Reporter: | Lisa Blair | |
| | U. S. Attorney: | Heather Carlton | |
| | USPO: | Jasmine Davis | |
| | Case Agent: | None Present | |
| | Interpreter: | N/A | |

**PROCEEDINGS:**

☒ Consent to Proceed by Video Conference form executed and filed. Defendant voluntarily consents to participate in this hearing via videoconferencing.
☐ Waiver of Indictment filed.
☐ Information filed.
☒ Plea Agreement filed with the Court on 11/7/2022 at Dkt. 56.
☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
☒ Defendant re-arraigned as to Count 2.
☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests. Statement of Facts filed with the Court on 11/7/2022 at Dkt. 57.
☒ Court finds defendant guilty as charged in Count 2.
   OR
☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Two (2) | | | |

☒ Court orders Presentence Report.
☐ Copy of Presentence Report not requested.
☐ Defendant to remain on bond.
☒ Government moves to revoke Defendant's bond at this time. Defendant is directed to self-report to ACRJ by Noon tomorrow, November 8, 2022. Defense counsel notes that he will first need to stop by the Probation Office to have his ankle monitor removed.
☒ Sentencing hearing scheduled for March 6, 2023 at 10:30 a.m. in Charlottesville before Judge Moon.

Additional Information:
* ALL PARTIES WERE PRESENT VIA ZOOM VIDEO-CONFERENCE.